```
                        UNITED STATES DISTRICT COURT
                        MIDDLE DISTRICT OF LOUISIANA
---------------------------------------------------x
COREY BAKER,                                       :
an individual,                                     :     CASE NO.: 3:19-cv-00538-SDD-EWD
                                                   :
              Plaintiff,                           :
                                                   :     Judge: SHELLY D. DICK
vs.                                                :
                                                   :
                                                   :     Magistrate: ERIN WILDER DOOMES
                                                   :
GRAND WALL CHINESE SUPER                           :
BUFFET INC.,                                       :
                                                   :
              Defendant.                           :
---------------------------------------------------x
```

# CONSENT MOTION TO DISMISS PLAINTIFF'S CLAIMS WITH PREJUDICE AND RETAIN JURISDICTION

Plaintiff, Corey Baker, and Defendant, Grand Wall Chinese Super Buffet Inc., respectfully submit this Consent Motion to Dismiss Claims with Prejudice. The parties wish to dismiss all of Plaintiff's claims against Defendant. The parties seek to dismiss the claims for the following reasons, subject to the Court retaining jurisdiction to enforce the consent judgment:

1.  Plaintiff and Defendants have reached a settlement agreement that includes certain future performances by Defendants.

2.  The settlement documents have been executed and a settlement check has been issued.

3.  A material term of the consent judgment is that this Court retain jurisdiction to enforce the terms of the settlement agreement. See, e.g., Fed. R. Civ. P. 41(a)(2); *Hospitality House, Inc. v. Gilbert*, 298 F.3d 424, 430 (5th Cir. 2002).

1

2

4.       Counsel for Defendant has been contacted prior to this Motion and the attached Order being filed with the Court, and consents and agrees to the entry of the Order and the relief requested therein.

**WHEREFORE**, Corey Baker, Plaintiff, through undersigned counsel, respectfully requests that this Court grant this consent motion and dismiss this lawsuit with prejudice, retain jurisdiction to enforce the consent judgment, and administratively close Plaintiff's claims.

Respectfully Submitted,

By:/s/ Andrew D. Bizer

Bizer & DeReus
Attorneys for Plaintiff
Andrew D. Bizer, Esq. (LA # 30396)
andrew@bizerlaw.com
Garret S. DeReus, Esq. (LA # 35105)
gdereus@bizerlaw.com
Emily A. Westermeier, Esq. (LA # 36294)
ewest@bizerlaw.com
3319 St. Claude Ave.
New Orleans, LA 70117
T: 504-619-9999; F: 504-948-9996