UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---------------------------------------------------------x

COREY BAKER,                            :
an individual,                          :        CASE NO.: 3:19-cv-00538-SDD-EWD
                                        :
            Plaintiff,                  :
                                        :        Judge: SHELLY DICK
vs.                                     :
                                        :
                                        :        Magistrate: ERIN WILDER DOOMES
                                        :
GRAND WALL CHINESE SUPER                :
BUFFET INC.,                            :
                                        :
            Defendant.                  :
---------------------------------------------------------x

## **ORDER**

Having been advised that the parties have resolved Plaintiff's claims against defendants,

IT IS HEREBY ORDERED that all claims asserted by Plaintiff's claims are hereby

**DISMISSED WITH PREJUDICE,** with each party to bear their own costs and attorneys' fees,

subject to this Court retaining jurisdiction to enforce the terms of the settlement agreement. See

Fed. R. Civ. P. 41(a)(2); *Hospitality House, Inc. v. Gilbert*, 298 F.3d 424, 430 (5th Cir. 2002).

BATON ROUGE, LOUISIANA, this 28th day of ___April___, 2020.

_____
JUDGE